714

No. —, original. Ex parté William H. Padgett. December 8, 1941.

Nos. 10 and 11. Indianapolis et al. *v.* Chase National Bank, Trustee, et al.;
No. 12. Chase National Bank, Trustee, *v.* Citizens Gas Co. et al.; and
No. 13. Chase National Bank, Trustee, *v.* Indianapolis Gas Co. et al. December 8, 1941. *Ante,* p. 63.

No. 302. De Marcos *v.* Overholser, Superintendent of St. Elizabeths Hospital. December 8, 1941.

No. 631. Abrams et al. *v.* Scandrett et al., Trustees. December 8, 1941.

No. 681. Steffler *v.* Johnston, Warden. December 8, 1941.

No. 692. Richardson *v.* Commissioner of Internal Revenue. December 8, 1941.

No. 108. Identification Devices, Inc. *v.* United States; and
No. 584. Pope *v.* Curran et al. December 8, 1941. Second petitions for rehearing denied.

No. 10, original. Ex Parte Raymond Oswald De-Maurez. December 15, 1941. The motion for leave to file petition for rehearing is granted, and the petition for rehearing is denied.